```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
 TESSA KNOX and PAMELA KASSEN,           :
                                         :
                 Plaintiffs,             :    20cv4401 (DLC)
                                         :
           -v-                           :        ORDER
                                         :
 IRONSHORE INDEMNITY, INC.,              :
                                         :
                 Defendant.              :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On July 24, 2020, defendant filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P.  Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.  Accordingly, it is hereby

ORDERED that plaintiffs shall file any amended complaint by **August 14, 2020**.  It is unlikely that plaintiffs will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiffs shall file any opposition to the motion to dismiss by **August 14, 2020.**  Defendant's reply, if any, shall be filed by **August 28.**

IT IS FURTHER ORDERED that, pursuant to Rule 4(B) of the Court's Individual Rules of Practice in Civil Cases, the plaintiffs shall file on ECF, by **August 14**, a letter no longer

than two pages explaining the basis for their belief that diversity of citizenship exists.

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for **September 10, 2020** is adjourned <u>sine</u> <u>die</u>.

SO ORDERED:

Dated:   New York, New York
         July 28, 2020

_____
DENISE COTE
United States District Judge