```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
 TESSA KNOX and PAMELA KASSEN,            :
                                          :
                     Plaintiffs,          :     20cv4401 (DLC)
            -v-                           :
                                          :          ORDER
 IRONSHORE INDEMNITY, INC.                :
                                          :
                     Defendant.           :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

On July 24, 2020, the defendant filed a motion to dismiss the complaint in this action pursuant to Rule 12(b)(6), Fed. R. Civ. P.  An Order of July 28 directed the plaintiffs to file any amended complaint by August 14 and alerted the plaintiffs that they would likely not have another opportunity to amend.  The plaintiffs filed an amended complaint on August 14.  Accordingly, it is hereby

ORDERED that the defendant's July 24 motion shall be terminated as moot.

IT IS FURTHER ORDERED that the defendant shall respond to the amended complaint by **September 11**.  If the defendant renews its motion to dismiss, the plaintiffs shall file any opposition

to the renewed motion by **October 2**.  Defendant shall file any reply by **October 16.**

    SO ORDERED:

Dated:    New York, New York
           August 18, 2020

                                              DENISE COTE
                               United States District Judge