## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
TESSA KNOX and PAMELA KASSEN,

                    Plaintiffs,

      -against-                              20 **CIVIL** 4401 (DLC)

## **JUDGMENT**

IRONSHORE INDEMNITY INC.,

                    Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 26, 2021, Ironshore's September 2, 2020 motion to dismiss is granted and judgment is entered for Ironshore; accordingly, the case is closed.

**Dated:** New York, New York
          January 26, 2021

                                                    **RUBY J. KRAJICK**
                                                  _____
                                                  **Clerk of Court**
                                     **BY:**
                                                  **Deputy Clerk**